ESTHER WEISSHAR, an Infant under the Age of Fourteen Years, by SAMUEL WEISSHAR, Her Guardian ad Litem, Respondent, v. BEATRICE CANTOR and

IRVING CANTOR, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.